UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ALBERT WIDMER,                        )
                                      )
                    Plaintiff,        )
                                      )
                                      )
v.                                    )        4:05-CV-89
                                      )        (JARVIS/GUYTON)
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security,      )
                                      )
                    Defendant.        )

## REPORT AND RECOMMENDATION

This case is before the undersigned pursuant to 28 U.S.C. § 636(b), Rule 72(b) of the

Federal Rules of Civil Procedure, and the Rules of this Court for a report and recommendation

regarding the disposition by the District Court of this matter. The last document filed in this case

was entered by the United States District Court for the Eastern District of California. In that Order,

the Honorable Lawrence J. O'Neill ordered the case transferred to this Court and remanded for a

hearing before an Administrative Law Judge pursuant to the sixth sentence of 42 U.S.C. § 405 (g).

On May 16, 2007, this Court contacted the Chattanooga Office of Disability

Adjudication and Review to ascertain the current disposition of this matter. The Court was informed

that Plaintiff Albert Widmer's claim was approved, and he was awarded benefits on June 27, 2006

as a result of his administrative proceedings.  Accordingly, this Court hereby  **RECOMMENDS**[1]

that this matter be **DISMISSED** and **CLOSED**.

Respectfully submitted,

_____s/ H. Bruce Guyton_____
United States Magistrate Judge

---

[1]Any objections to this Report and Recommendation must be served and filed within ten (10) days after service of a copy of this recommended disposition on the objecting party.  Such objections must conform to the requirements of Rule 72(b), Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the District Court's order.  Thomas v. Arn, 474 U.S. 140, 106 S. Ct. 466 (1985).  The district court need not provide de novo review where objections to this report and recommendation are frivolous, conclusive or general.  Mira v. Marshall, 806 F.2d 636 (6th Cir. 1986).  Only specific objections are reserved for appellate review.  Smith v. Detroit Federation of Teachers, 829 F.2d 1370 (6th Cir. 1987).